

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: '24 MJ0792 |
|---|---|
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | Title 18, U.S.C., Sec. 111(a)(1) – Assault on a Federal Officer (Felony) |
| Kemar David OCONNOR | |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about February 27, 2024, within the Southern District of California, defendant Kemar David OCONNOR, did knowingly and intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with a person designated in Title 18, United States Code, Section 111, to wit Department of Homeland Security, United States Customs and Border Protection Officer Mario Yorba, in that defendant struck Officer Yorba with his closed fist, while Officer Mario Yorba was engaged in the performance of his official duties; in violation of Title 18, United States Code, Section 111(a)(1), a felony.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Special Agent Eric Velazquez
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 28th of February 2024.

HON. KAREN S. CRAWFORD
U.S. MAGISTRATE JUDGE

## STATEMENT OF FACTS

This Complaint and Probable Cause Statement is based on the reports, interviews of witnesses, and a viewing of Customs and Border Protection ("CBP") video footage by Homeland Security Investigations Special Agent Gonzalo Ramirez.

On February 27, 2024, at approximately 4:17 PM, Kemar David OCONNOR, ("OCONNOR"), an undocumented alien and citizen of Jamaica citizen, entered the United States from Mexico through the Otay Mesa Port of Entry via the vehicle primary lanes on foot.

CBP Anti-Terrorism Contraband Enforcement Team Officer Mario Yorba ("Officer M. Yorba") responded to a radio call that people were running through the vehicle primary lanes attempting to enter United States without inspection. Officer M. Yorba responded and observed a male, later identified as OCONNOR, running past the primary inspection booth in lane #4. Officer M. Yorba ran toward OCONNOR and grabbed OCONNER's jacket sleeve attempting to stop him. OCONNOR slipped out of the jacket and struck Officer M. Yorba in the face with a closed fist. Officer M. Yorba took OCONNOR to the ground and a second officer responded to assist Officer M. Yorba. The Officers repeatedly instructed OCONNOR to place his hands behind his back and OCONNOR continued to resist. The Officers handcuffed OCONNOR and escorted him to the Admissibility

Enforcement Unit. The Officers received two negative customs declarations from OCONNER, who stated his intended destination within the United States was Fort Lauderdale, Florida.

During a post-Miranda interview, OCONNOR denied striking Officer M. Yorba in the face with a closed fist. OCONNOR stated his intentions were to cross the border and surrender to United States officers.

OCONNOR was arrested and charged with a violating Title 18, United States Code, 111, Assault on Federal Officer or Employee.